■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DOWDELL, Appellant.—Judgment of the County Court, Nassau County, rendered November 2, 1979, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings

pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Gulotta and Margett, JJ., concur.